**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 104.191.24.60**

**ISP:** AT&T U-verse
**Physical Location:** Dallas, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/15/2019 23:05:54 | 483C0F08D39959A37DD3F4370563C9DAD44B8C11 | Cindy Sauna Sex |
| 06/04/2018 21:43:49 | 44BB7079CC0D20E54C2D2ED0DBA016A4B6581F67 | My Sweet Surrender |
| 11/21/2017 23:53:41 | 7B1338CF011BB8AE92A32A35EE2FB215DC210A5F | Fill Her Up |
| 09/27/2017 00:34:30 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

NTX39